## The Ohio and Mississippi R.W. Co. v. Hay.

From the Scott Circuit Court.

*C. L. Jewett* and *S. S. Crowe*, for appellant.

Perkins, J.—The appeal in this case presents the same question, and none other, that was decided in *The Ohio, etc., R. W. Co.* v. *Hardy, ante,* p. 454, at this term, and will be reversed, and ordered to be reinstated, for the reasons given in that case. Reversed, with costs, etc.

## Cedar Creek Township v. Hutchinson.

From the Allen Circuit Court.

*R. S. Taylor* and *S. L. Morris*, for appellant.

*J. M. Coombs, J. Morris* and *R. C. Bell*, for appellee.

Howk, C. J.—The first error assigned by the appellant on the record of this cause is as follows :

"1. The complaint does not state facts sufficient to constitute a cause of action."

And now comes the appellee, by Messrs. Coombs, Morris & Bell, his attorneys, and confesses that the foregoing error is well assigned, and that his complaint in this case does not state facts sufficient to constitute a cause of action.

The judgment is therefore reversed, at the appellee's costs, and the cause is remanded, with leave to the appellee to amend his complaint.

## Indianapolis, Peru and Chicago R. W. Co. v. Beam et al.

From the Marshall Circuit Court.

*D. Moss*, for appellant.

*W. B. Hess*, for appellee.

Biddle, J.—This case is between the same parties, and is the same in all respects, as *The Indianapolis, etc., R. W. Co.* v. *Beam*, 63 Ind. 490, decided at the present term.

Upon the authority of that case, this case is affirmed, at the costs of the appellant.

## Stedman v. The State.

From the Marion Criminal Circuit Court.

*R. B. Duncan. C. W. Smith* and *J. S. Duncan*, for appellant.

*T. W. Woollen*, Attorney General, *J. B. Elam*, Prosecuting Attorney, *C. Baker, T. A. Hendricks, O. B. Hord* and *A. W. Hendricks*, for the State.

Howk, C. J.—The questions presented for decision in this case are substantially the same as those which were considered and decided by this court, in the case of *Fry* v. *The State*, 63 Ind. 552, at this term.

For the reasons given in the case cited, the judgment is affirmed in this case, at the appellant's costs.